IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:01cr775-01 |
| Plaintiff, | Judge David A. Katz |
| -vs- | |
| | ORDER |
| Jesus Perez, Sr., | |
| Defendant. | |

Before the Court is the Report and Recommendation of the Magistrate Judge in the above entitled case issued on March 1, 2006.

Counsel having filed with the Court notices indicating that there will be no objections to the Report and Recommendation filed, the Court hereby adopts the Magistrate's Report and Recommendation in it's entirety which modifies the defendant's conditions of release. Judgment Entry to issue forthwith.

IT IS SO ORDERED.

    s/ DAVID A. KATZ   3/21/06
    United States District Judge